Decided October 13, 1994

## STATE OF CONNECTICUT *v.* HERBERT A. GROSS

The defendant's petition for certification for appeal from the Appellate Court, 35 Conn. App. 631 (AC 12638), is denied.

*M. Donald Cardwell,* in support of the petition.

*Jack W. Fischer,* assistant state's attorney, in opposition.

Decided October 13, 1994

## STATE OF CONNECTICUT *v.* JULIUS BROWN

The defendant's petition for certification for appeal from the Appellate Court, 35 Conn. App. 699 (AC 11713), is denied.

*Temmy Ann Pieszak,* assistant public defender, in support of the petition.

*Jacqueline J. Footman,* assistant state's attorney, in opposition.

Decided October 13, 1994

## STATE OF CONNECTICUT *v.* JULIUS BROWN

The state of Connecticut's petition for certification for appeal from the Appellate Court, 35 Conn. App. 699 (AC 11713), is denied.